**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:   Nicole McDaniels,<br>             Debtor | : Chapter 13<br>: Case No. 21-13245-amc<br>: |
| **Delaware County Tax Claim Bureau**<br>             Movant<br>        vs. | :<br>:<br>:<br>: |
| **Nicole McDaniels and Anthony McDaniels, Sr.,**<br>             Respondents<br>        and<br>**Kenneth E. West,**<br>             Trustee | :<br>:<br>:<br>:<br>:<br>: |

**PRAECIPE TO RELIST HEARING ON MOTION FOR RELIEF**

TO THE CLERK OF COURT:

   Kindly relist Movant Delaware County Tax Claim Bureau's Motion for Relief from the Automatic Stay, filed on April 30, 2024 at Doc No.: 51, for a hearing before Chief Judge Ashely M. Chan on September 3, 2024 at 11:00 am by telephone.

                                        Respectfully submitted:

                                        **TOSCANI, STATHES & ZOELLER, LLC**

**Dated:   8/12/24**                    **BY:**  /s/ Stephen V. Bottiglieri
                                        Stephen V. Bottiglieri, Esquire
                                        Counsel to Delaware County Tax Claim Bureau
                                        899 Cassatt Road, Suite 320
                                        Berwyn, PA 19312
                                        610-647-4901
                                        sbottiglieri@tszlegal.com