**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**      **Nicole McDaniels,**                 **: Chapter 13**
                                  **Debtor**      **: Case No. 21-13245-amc**

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Delaware County Tax Claim Bureau filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the Court to grant the relief sought in the Motion** or if you want the Court to consider your views on the Motion, then on or before the **08/30/2024 you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **09/03/2024, at 11:00 am.  Please call 1-877-873-8017 and enter access code 3027681 to attend.**  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at
    U.S. Bankruptcy Court Eastern District of Pennsylvania
    Bankruptcy Clerk of Courts
    900 Market Street, Suite 400
    Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Toscani, Stathes & Zoeller, LLC
    Attn: Stephen V. Bottiglieri, Esquire
    899 Cassatt Road, Suite 320
    Berwyn, PA 19312
    610-647-4901
    sbottiglieri@tszlegal.com

**Date: August 12, 2024**