# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     **Nicole McDaniels,**           : Chapter 13
                        **Debtor**         : Case No. 21-13245-amc

### ORDER

**AND NOW**, it is hereby **ORDERED** that the corresponding Stipulation resolving the Motion for Relief filed by the Delaware County Tax Claim Bureau regarding the property known as 59 Price Avenue, Lansdowne, Delaware County, Pennsylvania, bearing Folio No.: 23-00-02773-00 is hereby **APPROVED**.

BY THE COURT:

Dated: Sept. 5, 2024

**CHIEF JUDGE ASHELY M. CHAN,
UNITED STATES BANKRUPTCY COURT**