**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      Nicole McDaniels,      : Chapter 13
                                  Debtor      : Case No. 21-13245-amc

## CERTIFICATION OF DEFAULT

I, Stephen V. Bottiglieri, Esquire, attorney for Movant, Delaware County Tax Claim Bureau, certify that Debtor has defaulted upon the terms of the Stipulation of Settlement of the Motion for Relief regarding 59 Price Avenue, Lansdowne, Delaware County, Pennsylvania, bearing Folio No.: 23-00-02773-00, Pennsylvania filed on August 26, 2024 at Doc. 61 and approved by this Court on September 5, 2024 at Doc. 63.

It is further certified that the attached notice dated September 9, 2024 was served upon the non-filing Co-Debtor, Debtor and Debtor's Attorney on September 9, 2024. Subsequent to said Notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the Automatic Stay.

                                        **TOSCANI, STATHES & ZOELLER, LLC**

Date: September 25, 2024      **BY:**   /s/Stephen V. Bottiglieri
                                                    Stephen V. Bottiglieri, Esquire
                                                    Attorney for Delaware County Tax Claim Bureau
                                                    899 Cassatt Road, Suite 320
                                                    Berwyn, PA 19312
                                                    P 610-647-4901
                                                    sbottiglieri@tszlegal.com

# TOSCANI, STATHES & ZOELLER, LLC
### ATTORNEYS AT LAW

THOMAS F. TOSCANI*
MATTHEW G. BATHON+
NICHOLAS W. STATHES++
ANDREW W. ZOELLER++
STEPHEN V. BOTTIGLIERI++
DANIEL P. WARD++
ROBERT A. AUCLAIR**

400 BERWYN PARK
899 CASSATT ROAD, SUITE 320
BERWYN, PA 19312

610-647-4901
FAX: 610-647-4985

*Additional Offices*

200 N. Jackson Street
Media, Pa. 19063

----------

245 E. High Street
Elkton, MD 21921

\* Member PA & FL Bar
+ Member MD Bar
++ Member PA & NJ Bar
\*\* Of Counsel; Member PA, NJ & DC Bar

www.TSZLegal.com

September 9, 2024

**VIA EMAIL ONLY**
Michael I. Assad Esquire
Michael A. Cibik, Esquire
Cibik Law, PC
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

**VIA FIRST CLASS MAIL ONLY**
Nicole McDaniels
59 Price Avenue
Lansdowne, PA 19050

RE:   In re: Nicole McDaniels, Chapter 13 Debtor
      Case No.: 21-13245-amc

Dear Mr. Assad, Mr. Cibik, and Ms. McDaniels:

This letter serves as a Notice of Default pursuant to the terms of the Stipulation of Settlement in the above case. The nature of the default is Ms. McDaniels's failure to make the July 19, 2024 payment of $1,215.00 and the August 30, 2024 payment of $1,215.00 as required by the Stipulation.

To cure this default, Ms. McDaniels must remit payment in the amount of $2,430.00 to our client within fourteen (14) days of the date of this letter. **Payment must be made payable to the Delaware County Tax Claim Bureau by certified funds or money order and remitted to:**

> **Delaware County Tax Claim Bureau**
> **Government Center Building**
> **201 W. Front Street**
> **Media, PA 19063**

If monthly stipulation payment is not made within fourteen (14) days of the date of this letter, our office will certify the default with the Court as provided for in the Stipulation.

Thank you for your prompt attention to this matter.

Very truly yours,

TOSCANI, STATHES & ZOELLER, LLC

BY: _____
    Stephen V. Bottiglieri, Esquire

cc:   Delaware County Tax Claim Bureau
      Anthony McDaniels, Sr.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    Nicole McDaniels,    : Chapter 13
                Debtor    : Case No. 21-13245-amc

**CERTIFICATE OF SERVICE**

      I, Stephen V. Bottiglieri, Esquire, attorney for the Delaware County Tax Claim Bureau, hereby certify that I served a true and correct copy of the Certification of Default upon the following parties in the manner indicated on September 25, 2024.

**VIA FIRST CLASS MAIL**
Nicole McDaniels
59 Price Avenue
Lansdowne, PA 19050

Anthony McDaniels, Sr.
59 Price Avenue
Lansdowne, PA 19050

**VIA ELECTRONIC NOTICE**
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Ste 900
Philadelphia, PA 19102

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
PO Box 40837
Philadelphia, PA 19107

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

                Respectfully submitted:

                **TOSCANI, STATHES & ZOELLER, LLC**

**Dated:  9/25/24**                BY:  /s/ Stephen V. Bottiglieri
                                      Stephen V. Bottiglieri, Esquire