**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:	Nicole McDaniels,	: Chapter 13
	Debtor	: Case No. 21-13245-amc

**PRAECIPE TO WITHDRAW**
**CERTIFICATION OF DEFAULT OF STIPULATION OF SETTLEMENT**

TO THE CLERK:

Kindly withdraw the Certification of Default filed by the Delaware County Tax Claim Bureau at Doc. #65 filed by Counsel for the Movant in the above captioned matter on September 25, 2024.

Respectfully submitted:

**TOSCANI, STATHES & ZOELLER, LLC**

Date: September 26, 2024	BY:   /s/Stephen V. Bottiglieri
	Stephen V. Bottiglieri, Esquire
	Attorney for Delaware County Tax Claim Bureau
	899 Cassatt Road, Suite 320
	Berwyn, PA 19312
	P 610-647-4901
	sbottiglieri@tszlegal.com