UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Nicole McDaniels,           : Chapter 13
                       Debtor        : Case No. 21-13245-amc

## CERTIFICATION OF DEFAULT

I, Stephen V. Bottiglieri, Esquire, attorney for Movant, Delaware County Tax Claim Bureau, certify that Debtor has defaulted upon the terms of the Stipulation of Settlement of the Motion for Relief regarding 59 Price Avenue, Lansdowne, Delaware County, Pennsylvania, bearing Folio No.: 23-00-02773-00, Pennsylvania filed on August 26, 2024 at Doc. 61 and approved by this Court on September 5, 2024 at Doc. 63.

It is further certified that the attached notice dated March 11, 2025 was served upon the non-filing Co-Debtor, Debtor and Debtor's Attorney on March 11, 2025. Subsequent to said Notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the Automatic Stay.

                              **TOSCANI, STATHES & ZOELLER, LLC**

Date: July 8, 2025            BY:   /s/Stephen V. Bottiglieri
                                    Stephen V. Bottiglieri, Esquire
                                    Attorney for Delaware County Tax Claim Bureau
                                    899 Cassatt Road, Suite 320
                                    Berwyn, PA 19312
                                    P 610-647-4901
                                    sbottiglieri@tszlegal.com

# TOSCANI, STATHES & ZOELLER, LLC
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| THOMAS F. TOSCANI* <br> MATTHEW G. BATHON+ <br> NICHOLAS W. STATHES++ <br> ANDREW W. ZOELLER++ <br> STEPHEN V. BOTTIGLIERI++ <br> DANIEL P. WARD++ <br> ROBERT A. AUCLAIR** | 400 BERWYN PARK <br> 899 CASSATT ROAD, SUITE 320 <br> BERWYN, PA 19312 <br><br> 610-647-4901 <br> FAX: 610-647-4985 | *Additional Offices* <br> ---------- <br> 200 N. Jackson Street <br> Media, Pa. 19063 <br> ---------- <br> 245 E. High Street <br> Elkton, MD 21921 |

\*   Member PA & FL Bar
\+   Member MD Bar
++  Member PA & NJ Bar
\*\* Of Counsel; Member PA, NJ & DC Bar

www.TSZLegal.com

March 11, 2025

**VIA EMAIL ONLY**
Michael A. Cibik, Esquire
Cibik Law, PC
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

**VIA FIRST CLASS MAIL ONLY**
Nicole McDaniels
59 Price Avenue
Lansdowne, PA 19050

RE:   In re: Nicole McDaniels, Chapter 13 No.: 21-13245-amc
          <u>59 Price Avenue, Lansdowne, Folio No.: 23-00-02773-00</u>

Dear Mr. Cibik, and Ms. McDaniels:

Kindly allow this letter to serve as a Notice of Default of the Stipulation of Settlement in the above case. The Stipulation is in default due to the failure to timely pay the 2024 real estate taxes due on 59 Price Avenue, Lansdowne. A copy of the 2024 real estate taxes due, as of March 2025, are enclosed for your review.

To cure this default, payment in the amount of **$6,488.30** must be received by the Delaware County Tax Claim Bureau within fourteen (14) days of the date of this letter. **Payment must be made by certified funds or money order made payable to the Delaware County Tax Claim Bureau. Write your name, address and folio number on the payment and remit to:**

    **Delaware County Tax Claim Bureau**
    **Government Center Building**
    **201 W. Front Street**
    **Media, PA 19063**

If the payment of the 2024 real estate taxes is not timely received, our office will certify the default with the Court. Thank you in advance for your prompt attention to this matter.

Very truly yours,

TOSCANI, STATHES & ZOELLER, LLC

BY: _____
       Stephen V. Bottiglieri, Esquire

Encl.
cc:   Delaware County Tax Claim Bureau (w/o encl.)
      Anthony McDaniels, Sr. (w/encl.)



DELAWARE COUNTY TAX CLAIM BUREAU ESTIMATED TAX STATEMENT    DT520PADEL
Rev. 01/18

Delq Year: 2024　　　Type: ANNUAL　　　Cert :
Parcel No: 23-00-02773-00
Owner1 : MCDANIELS ANTHONY SR &　　　Owner2: MCDANIELS NICOLE
Property Location : 59 PRICE AVE　　　Desc : 2 STY HSE GAR
Date : 03/04/2025　　　Balance Due as of : 03/2025

### DELINQUENT REAL ESTATE TAXES

| | | BILLING | PENALTY | INTEREST | TOTAL DUE |
|---|---|---|---|---|---|
| COUNTY | CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSMT: 204830 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
| | NET | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHOOL | CHG | 5,796.80 | 579.68 | 47.82 | 6,424.30 |
| ASSMT 204830 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
| | NET | 5,796.80 | 579.68 | 47.82 | 6,424.30 |
| MUNICIPALITY | CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSMT: 204830 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
| | NET | 0.00 | 0.00 | 0.00 | 0.00 |
| COST | CHG | 64.00 | 0.00 | 0.00 | 64.00 |
| | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
| | NET | 64.00 | 0.00 | 0.00 | 64.00 |
| TOTAL | CHG | 5,860.80 | 579.68 | 47.82 | 6,488.30 |
| | PAY | 0.00 | 0.00 | 0.00 | 0.00 |
| | NET | 5,860.80 | 579.68 | 47.82 | 6,488.30 |

L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Nicole McDaniels | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 21-13245-amc |

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, Stephen V. Bottiglieri, certify that on July 8, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of Default

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 7/8/2025                                      /s/ Stephen V. Bottiglieri
                                                    Stephen V. Bottiglieri, Esq. No. 87343
                                                    Toscani, Stathes & Zoeller, LLC
                                                    899 Cassatt Road, Suite 320
                                                    Berwyn, PA 19312
                                                    (610) 647-4901
                                                    sbottiglieri@tszlegal.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: Nicole McDaniels
Address: 59 Price Avenue, Lansdowne, PA 19050
Relationship of Party: Debtor
  Via:      CM/ECF      X 1st Class Mail      Certified Mail      e-mail:
            Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: Anthony McDaniels, Sr.
Address: 59 Price Avenue, Lansdowne, PA 19050
Relationship of Party: Non-filing Co-Debtor
    Via:    CM/ECF    X 1st Class Mail    Certified Mail    e-mail:
          Other:

Name: Kenneth E. West, Esquire
Address: 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Relationship of Party: Chapter 13 Standing Trustee
    Via:    X CM/ECF    1st Class Mail    Certified Mail    e-mail:
          Other:

Name: Office of the United States Trustee
Address: Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107
Relationship of Party: United States Trustee
    Via:    X CM/ECF    1st Class Mail    Certified Mail    e-mail:
          Other:

Name: Michael A. Cibik, Esquire
Address: Cibik Law, P.C., 1500 Walnut Street, Ste 900, Philadelphia, PA 19102
Relationship of Party: Attorney for Debtor
    Via:    X CM/ECF    1st Class Mail    Certified Mail    e-mail:
          Other: