UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        Nicole McDaniels,            : Chapter 13
                        Debtor            : Case No. 21-13245-amc

## ORDER

AND NOW, upon the filing of a Certification of Default by the Moving Party, the Delaware County Tax Claim Bureau, in accordance with the Stipulation of the parties approved by this Court on September 5, 2024 at Doc. 63, it is hereby **ORDERED** that the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §§362 and 1301 of the United States Bankruptcy Code are modified to allow the Delaware County Tax Claim Bureau to proceed with the Tax Sale of the premises 59 Price Avenue, Lansdowne, Delaware County, Pennsylvania, bearing Folio No.: 23-00-02773-00; and it is further

**ORDERED** that the Stay provided by Bankruptcy Rule 4001(a)(3) has been waived and the Movant may immediately enforce and implement this Order.

BY THE COURT:

Dated: August 7, 2025

_____
**CHIEF JUDGE ASHELY M. CHAN,
UNITED STATES BANKRUPTCY COURT**