United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                       Case No. 21-13245-amc

Nicole McDaniels                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                         User: admin                                          Page 1 of 2

Date Rcvd: Aug 08, 2025                               Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

**Recip ID             Recipient Name and Address**
db                 + Nicole McDaniels, 59 Price Avenue, Lansdowne, PA 19050-2018

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025                                       Signature:               /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:**

**Name                            Email Address**

JAMES RANDOLPH WOOD
                      on behalf of Creditor Borough of Lansdowne jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KENNETH E. WEST
                      ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
                      on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
                      on behalf of Debtor Nicole McDaniels help@cibiklaw.com
                      noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEPHEN VINCENT BOTTIGLIERI
                      on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ToscaniStathesZoellerLLC@jubileebk.net

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2025 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       Nicole McDaniels,                  : Chapter 13
                         Debtor                 : Case No. 21-13245-amc

# ORDER

     **AND NOW**, upon the filing of a Certification of Default by the Moving Party, the Delaware County Tax Claim Bureau, in accordance with the Stipulation of the parties approved by this Court on September 5, 2024 at Doc. 63, it is hereby **ORDERED** that the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §§362 and 1301 of the United States Bankruptcy Code are modified to allow the Delaware County Tax Claim Bureau to proceed with the Tax Sale of the premises 59 Price Avenue, Lansdowne, Delaware County, Pennsylvania, bearing Folio No.: 23-00-02773-00; and it is further

     **ORDERED** that the Stay provided by Bankruptcy Rule 4001(a)(3) has been waived and the Movant may immediately enforce and implement this Order.

BY THE COURT:

Dated: August 7, 2025

_____
**CHIEF JUDGE ASHELY M. CHAN,
UNITED STATES BANKRUPTCY COURT**