# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:   NICOLE MCDANIELS                  :         Chapter 13
                                           :
                                           :
                                           :
                                           :
              Debtor(s)                    :         Bankruptcy No. 21-13245 AMC

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to Dismiss Case filed on January 13, 2026. Docket entry #70, #71 and cancel the hearing scheduled for 2/19/2026 at 9:30 AM.

                                                     Respectfully submitted,

                                                     /s/ Kenneth E. West, Esq
January 15, 2026

                                                     Kenneth E. West
                                                     Chapter 13 Standing Trustee