United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 21-13245-amc
Nicole McDaniels                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                              User: admin                                                Page 1 of 3
Date Rcvd: Mar 03, 2026                                      Form ID: pdf900                                     Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole McDaniels, 59 Price Avenue, Lansdowne, PA 19050-2018 |
| 14672518 | + | Borough of Lansdowne, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14672519 | + | Borough of Lansdowne, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14654795 | + | Cibik Law, P.C., 1500 Walnut St Ste 900, Philadelphia, PA 19102-3518 |
| 14690084 | + | Delaware County Tax Claim Bureau, c/o Toscani, Stathes & Zoeller LLC, Stephen V. Bottiglieri, Esq., 899 Cassatt Rd., Ste. 320, Berwyn, PA 19312-1190 |
| 14655806 | + | Lansdowne Borough Taxes, Dale Nupp, 107 Eldon Avenue, Lansdowne, PA 19050-1821 |
| 14655807 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14655809 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14655810 | + | Portnoff Law Associates, PO Box 391, Norristown, PA 19404-0391 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 04 2026 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2026 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Mar 04 2026 00:42:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2026 00:46:26 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14655797 | ^ | MEBN | Mar 04 2026 00:37:48 | AFS/AmeriFinancial Solutions, LLC., Attn: Bankruptcy, PO Box 65018, Baltimore, MD 21264-5018 |
| 14655798 | | Email/Text: megan.harper@phila.gov | Mar 04 2026 00:42:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14690280 | | Email/Text: megan.harper@phila.gov | Mar 04 2026 00:42:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14655799 | | Email/Text: megan.harper@phila.gov | Mar 04 2026 00:42:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14655800 | + | Email/Text: bankruptcy@philapark.org | Mar 04 2026 00:42:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14655801 | | Email/Text: duffyk@co.delaware.pa.us | Mar 04 2026 00:42:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 West Front Street, Media, PA 19063-2768 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14655802 | | Email/Text: bankruptcycourts@equifax.com | Mar 04 2026 00:42:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14655803 | ^ | MEBN | Mar 04 2026 00:37:48 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14655804 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 04 2026 00:42:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14655132 | ^ | MEBN | Mar 04 2026 00:37:58 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14655808 | + | Email/Text: bankruptcy@philapark.org | Mar 04 2026 00:42:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14655811 | | Email/Text: DASPUBREC@transunion.com | Mar 04 2026 00:42:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Borough of Lansdowne, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14655805 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Lansdowne jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Nicole McDaniels help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ToscaniStathesZoellerLLC@jubileebk.net |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: pdf900 | Total Noticed: 25 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| NICOLE MCDANIELS | Bankruptcy No. 21-13245-AMC |
| Debtor | |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 3, 2026**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge